No. 40624.—Petition 5787–R of Pall Mall Lace & Emb. Works (New York).

Opinion by SULLIVAN, J. The petition was dismissed without prejudice.

BEFORE THE SECOND DIVISION, FEBRUARY 10, 1939

No. 40625.—Protests 830184–G, etc., of S. E. Laszlo (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of air-pistols and parts similar to those the subject of *Laszlo* v. *United States* (C. D. 47). The claim at 27½ percent under paragraph 372 was therefore sustained.

No. 40626.—Protests 769460–G, etc., of F. W. Woolworth Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel certain bridge table paper weights were held dutiable as household utensils at 40 percent under paragraph 339. Paper weights and photo frames plated with silver were held dutiable at 65 percent under the same paragraph. *Woolworth* v. *United States* (C. A. D. 20) and id. (T. D. 47857) followed.

No. 40627.—Protests 730011–G, etc., of Lord & Taylor et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bookends, candelabra, corks for bottles, and atomizers, chiefly used in the household for utilitarian purposes. As they were plated with silver they were held dutiable at 50 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and Abstract 34153 followed.

No. 40628.—Protests 671528–G, etc., of Gimbel Bros., Inc., Del., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, trays, bookends, vases, candelabra, inkstands, lamps; letter openers, inkwells, letter racks, desk pads, blotters, boxes, calendars, and bird cages chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), *Heemsoth* v. *United States* (T. D. 49191), and Abstracts 37730 and 34830 cited.

No. 40629.—Protest 605184–G of Butler Brothers (New York).

Opinion by DALLINGER, J. Hair curlers chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339 in accordance with stipulation of counsel. Abstract 38680 followed.